ROGER MANSUKHANI (SBN: 164463)
KRISTIN N. REYNA (SBN: 211075)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Kreyna@gordonrees.com

Attorneys for Defendant
DeANGELO BROTHERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| | |
|---|---|
| SUNSET FARMS, INC. a California corporation and M. RODONI & COMPANY, a General Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>DeANGELO BROTHERS, INC., a Pennsylvania Corporation and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:12-cv-03613-LHK<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process(es):

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

X Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by:

    X    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: September, 14 2012

By: _____
John L. Ritchey, III
Austin B. Comstock
ATTORNEYS FOR PLAINTIFFS
SUNSET FARMS, INC., a California corporation, and M. RODONI & COMPANY, a general partnership

Dated: September, 14 2012

GORDON & REES LLP

By: _____
Roger Mansukhani
Kristin N. Reyna
ATTORNEYS FOR DEFENDANT DeANGELO BROTHERS, INC.

## [PROPOSED] ORDER

☒ The parties' stipulation is adopted and IT IS SO ORDERED.

☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: September 17, 2012

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE