1  ROGER MANSUKHANI (SBN: 164463)
   KRISTIN N. REYNA (SBN: 211075)
2  GORDON & REES LLP
   101 W. Broadway, Suite 2000
3  San Diego, CA 92101
   Telephone:  (619) 696-6700
4  Facsimile:   (619) 696-7124
   Kreyna@gordonrees.com
5
   Attorneys for Defendant
6  DeANGELO BROTHERS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE COURTHOUSE

11 SUNSET FARMS, INC. a California          )  CASE NO. 5:12-cv-03613-LHK
   corporation and M. RODONI &              )
12 COMPANY, a General Partnership,          )
                                            )  **AMENDED STIPULATION**
13                          Plaintiffs,     )  **AND [PROPOSED] ORDER**
                                            )  **SELECTING ADR PROCESS**
14    vs.                                   )
                                            )
15                                          )
   DeANGELO BROTHERS, INC., a               )
16 Pennsylvania Corporation and Does 1      )
   through 20, inclusive,                   )
17                                          )
                                            )
18                          Defendants.     )

19
        Counsel report that they have met and conferred regarding ADR and have
20
   reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
21
        The parties agree to participate in the following ADR process(es):
22
            ☐      Non-binding Arbitration (ADR L.R. 4)
23
            ☐      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
24
            X      Mediation (ADR L.R. 6)
25

26

27

28

                                    -1-

1 | The parties agree to hold the ADR session by:
2 |     X    the presumptive deadline *(The deadline is 90 days from the date*
3 | *of the order referring the case to an ADR process unless otherwise*
4 | *ordered.)*
5 |     ☐    other requested deadline _____
6 | Dated: September, 14 2012

By: /s/ Austin B. Comstock
John L. Ritchey, III
Austin B. Comstock
ATTORNEYS FOR PLAINTIFFS
SUNSET FARMS, INC., a
California corporation, and M.
RODONI & COMPANY, a
general partnership

Dated: September, 14 2012

GORDON & REES LLP

By: /s/ Roger Mansukhani
Roger Mansukhani
Kristin N. Reyna
ATTORNEYS FOR
DEFENDANT DeANGELO
BROTHERS, INC.

## [PROPOSED] ORDER

☑    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: September 17, 2012

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE