UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNSET FARMS, INC. a California Corporation and M. RODINI & COMPANY, a General Partnership,<br><br>  Plaintiffs,<br><br>v.<br><br>DeANGELO BROTHERS, INC. a Pennsylvania Corporation, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No.: 12-CV-03613-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE |

On May 8, 2013, the Court received notice that the parties engaged in a successful mediation and are in the process of finalizing a settlement agreement. *See* ECF No. 35. Accordingly, the Court hereby CONTINUES the Case Management Conference set for May 15, 2013, to July 31, 2013. By July 24, 2013, the parties shall file a stipulation to dismiss this action with prejudice or explain, as part of their joint case management statement, why the parties are unable to do so.

**IT IS SO ORDERED.**

Dated: May 9, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 12-CV-03613-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE