JOHN L. RITCHEY, III (SB #43059)
WYCKOFF, RITCHEY
P.O. Box 1119
Santa Cruz, CA  95061-1119
(831) 426-2111

AUSTIN B. COMSTOCK (SB #33123)
716 Ocean Street, Suite 100
Santa Cruz, California 95060
(831) 427-2003

Attorney for Plaintiffs
SUNSET FARM, INC. and M. RODONI & COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE

| | |
|---|---|
| SUNSET FARMS, INC. a California Corporation and M. RODONI & COMPANY a General Partnership,<br><br>    Plaintiffs,<br><br>vs.<br><br>DeANGELO BROTHERS, INC., a Pennsylvania Corporation and Does 1 through 20, Inclusive,<br><br>    Defendants. | CASE NO.  CV12-03613 HRL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii) AND ORDER THEREON**<br><br>Judge:  Honorable Lucy H. Koh |

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsels that the above-captioned action be voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

///

WYCKOFF, RITCHEY
& SHANLE
ATTORNEYS AT LAW
P. O. BOX 1119
SANTA CRUZ, CA
PHONE 426-2111

-1-

| | |
|---|---|
| Dated: May 9, 2013 | Dated: June 17, 2013 |
| Attorney for Plaintiffs:<br>SUNSET FARMS, INC. and<br>M. RODONI & COMPANY | Attorneys for Defendant:<br>DeANGELO BROTHERS, INC. |
| WYCKOFF, RITCHEY & SHANLE | GORDON & REES LLP |
| *[signature]*<br>JOHN L. RITCHEY, III<br>P.O. Box 111<br>Santa Cruz, California 95060<br>(831) 426-2111 | By: *[signature]*<br>KRISTIN N. REYNA<br>101 W. Broadway, Suite 2000<br>San Diego, California 92101<br>(619) 696-6700 |
| *[signature]*<br>AUSTIN B. COMSTOCK<br>716 Ocean Street, Suite 100<br>Santa Cruz, California 95060<br>(831) 427-2003 | |

## ORDER

Pursuant to the Stipulation of Voluntary Dismissal by the parties, the above caption matter is dismissed with prejudice.

Dated: July 17, 2013

*Lucy H. Koh*
JUDGE OF THE UNTIED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

-2-

WYCKOFF, RITCHEY
& SHANLE
ATTORNEYS AT LAW
P. O. BOX 1119
SANTA CRUZ, CA
PHONE 426-2111