1  JOHN L. RITCHEY, III (SB #43059)
2  WYCKOFF, RITCHEY
   P.O. Box 1119
3  Santa Cruz, CA  95061-1119
   (831) 426-2111
4

5  AUSTIN B. COMSTOCK (SB #33123)
   716 Ocean Street, Suite 100
6  Santa Cruz, California 95060
   (831) 427-2003
7

8  Attorney for Plaintiffs
   SUNSET FARM, INC. and M. RODONI & COMPANY
9

10                 UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE COURTHOUSE

13  SUNSET FARMS, INC.                    CASE NO.  CV12-03613 HRL
    a California Corporation and
14  M. RODONI & COMPANY               **STIPULATION OF VOLUNTARY**
    a General Partnership,             **DISMISSAL PURSUANT TO**
15                                     **F.R.C.P. 41 (a)(1)(A)(ii) AND**
                                       **ORDER THEREON**
16              Plaintiffs,
17  vs.                                Judge:  Honorable Lucy H. Koh

18  DeANGELO BROTHERS, INC., a
    Pennsylvania Corporation and Does
19  1 through 20, Inclusive,

20              Defendants.
                                    /
21

22       IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

23  respective counsels that the above-captioned action be voluntarily dismissed with prejudice pursuant

24  to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

25  ///

26

                              -1-

WYCKOFF, RITCHEY
& SHANLE
ATTORNEYS AT LAW
P. O. BOX 1119
SANTA CRUZ, CA
PHONE 426-2111

1   Dated: May 9 , 2013                    Dated: June 17 , 2013

2

3   Attorney for Plaintiffs:                Attorneys for Defendant:
    SUNSET FARMS, INC. and                  DeANGELO BROTHERS, INC.
4   M. RODONI & COMPANY

5

6   WYCKOFF, RITCHEY & SHANLE               GORDON & REES LLP

7                                      By:

8   JOHN L. RITCHEY, III                    KRISTIN N. REYNA
    P.O. Box 111                            101 W. Broadway, Suite 2000
9   Santa Cruz, California 95060            San Diego, California 92101
    (831) 426-2111                          (619) 696-6700
10

11

12  AUSTIN B. COMSTOCK
    716 Ocean Street, Suite 100
13  Santa Cruz, California 95060
    (831) 427-2003
14

15

16                          **ORDER**

17

18          Pursuant to the Stipulation of Voluntary Dismissal by the parties, the above caption matter

19  is dismissed with prejudice.

20  Dated:  July 17, 2013

21                                          JUDGE OF THE UNTIED STATES
22                                          DISTRICT COURT, NORTHERN
                                            DISTRICT OF CALIFORNIA
23

24

25

26

                                    -2-

WYCKOFF, RITCHEY
& SHANLE
ATTORNEYS AT LAW
P. O. BOX 1119
SANTA CRUZ, CA
PHONE 426-2111